# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DONALD JACKSON

VERSUS

SERGEANT KENNETH JACKSON,
AND STATE OF LOUISIANA
THROUGH LOUISIANA DEPARTMENT
OF PUBLIC SAFETY AND
CORRECTIONS DIXON
CORRECTIONAL CENTER

NO. 2020 CW 1266

MARCH 25, 2021

---

In Re:     Donald Jackson, applying for supervisory writs, 20th
           Judicial District Court, Parish of East Feliciana, No.
           46105.

---

BEFORE:   **WHIPPLE, C.J., McCLENDON, WELCH, CHUTZ AND PENZATO,
JJ.**

     **WRIT DENIED.** The trial court correctly applied the
applicable statute as written. While we are aware of the
equitable concerns raised by the application of the statute to
relator following his release from custody, the matter is one
that falls within the discretion of the legislative branch of
government.

**PMc**

**WRC**

**AHP**

     **Whipple and Welch, JJ.,** dissent and would grant the writ.
We would reverse the trial court's October 28, 2020 order
denying plaintiff's motion to proceed in *forma pauperis* and
grant that motion. Moreover, because the trial court
incorrectly issued an order which recalled, rescinded, and set
aside service of process requested by plaintiff and made in this
action, we would also grant plaintiff's motion to lift stay and
instruct the trial court to issue service pursuant to
plaintiff's requests made herein.

.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT